■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN LISZKA, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Craw-*

*ford,* 71 AD2d 38). (Appeal from judgment of Genesee County Court, Morton, J.—burglary, second degree.) Present—Doerr, J. P., Green, Balio, Lawton and Schnepp, JJ.